UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEEROY QUIROS, WILBERT NEALS and ROBERT C. LAVERY,<br><br>Plaintiffs<br><br>v.<br><br>DOMINICK DeROSE, Warden; DEPUTY NICHOLS; DEPUTY CARROLL; PRIME CARE MEDICAL CO., INC. and ANY AND ALL DAUPHIN COUNTY PRISON STAFF INVOLVED IN THE ACTS OF DEPRIVING INMATES OF SLEEP & REST,<br><br>Defendants. | CIVIL ACTION NO. 3:CV-11-1175<br><br>(JUDGE KOSIK)<br><br>FILED<br>SCRANTON<br><br>NOV - 8 2011<br><br>Per_____<br>DEPUTY CLERK |

## MEMORANDUM AND ORDER

AND NOW, this ___8th___ day of November, 2011, IT APPEARING TO THE COURT THAT:

(1) Plaintiffs, Leeroy Quiros, Wilbert Neals and Robert C. Lavery, prisoners confined at the Dauphin County Prison, filed the instant civil rights action pursuant to 42 U.S.C. §1983 on June 21, 2011;

(2) In the complaint, Plaintiffs claim that they are being deprived of adequate sleep because of the prison's schedule;

(3) The action was assigned to Magistrate Judge Malachy E. Mannion for Report and Recommendation;

(4) On July 28, 2011, the Magistrate Judge issued a Report and Recommendation (Doc. 28) wherein he recommended that the complaint be dismissed for failure to exhaust administrative remedies prior to bringing the action;

(5) Specifically, the Magistrate Judge found that the Plaintiffs have admitted in the complaint that they have failed to complete the grievance process;

(6) Plaintiffs have sought and have been granted several extensions of time (Docs. 29-34) to file objections to the Magistrate Judge's Report and Recommendation;

AND, IT FURTHER APPEARING THAT:

(7) Plaintiffs acknowledge in their objection filed on November 4, 2011 (Doc. 35) that the exhaustion process "has now been refiled.";

(8) We have considered the Magistrate Judge's Report and we concur with his recommendation. After reviewing the record, we find that Plaintiffs admit that exhaustion of administrative remedies is currently being attempted. We agree with the Magistrate Judge that the Plaintiffs have failed to exhaust administrative remedies and that the complaint should be dismissed.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Malachy E. Mannion dated July 28, 2011 (Doc. 28) is **ADOPTED**;

(2) The Plaintiffs' complaint is **DISMISSED**; and

(3) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge